JS-6

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN GARCIA, STEVE SOUZA, HENRY DE LA PAZ, and DANA DROEGE,<br><br>    Plaintiffs,<br><br>v.<br><br>STEEL RIVER HOLDINGS, LLC, a limited liability company; and DOES 1-100, inclusive,<br><br>    Defendants. | Case 2:25-cv-08378-AJR<br><br>**ORDER ON STIPULATION TO REMAND CASE REMANDING CASE TO STATE COURT** |

**ORDER REMANDING ACTION TO STATE COURT**

Having considered the Parties' Stipulation to Remand this action, and good cause appearing,

IT IS HEREBY ORDERED that:

1.      This action is remanded to the Superior Court of California, County of Los Angeles, Case No. 25STCV24081.

**IT IS SO ORDERED.**

Dated: __October 22__, 2025        _____
                                    Hon. A. Joel Richlin
                                    U.S. Federal Magistrate Judge